```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 27807
   ANTHONY R HOPKINS
                                            CHAPTER 13

                                            JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-3312
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 07/27/04 and confirmed on 12/17/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  26135.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AARONS | SECURED | .00 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED | 4600.00 | 225.06 | 4600.00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 5844.84 | .00 | 5844.84 |
| AMERICASH LOANS | UNSECURED | 1189.71 | .00 | 1189.71 |
| CITY OF WAUKEGAN | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 2334.13 | .00 | 2334.13 |
| LAKE COUNTY DIAGNOSTIC S | UNSECURED | NOT FILED | .00 | .00 |
| LINDA LANTON | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 5395.80 | .00 | 5395.80 |
| US CASH II LLC | UNSECURED | NOT FILED | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 2876.85 | .00 | 2876.85 |
| AMERICASH LOANS | FILED LATE | .00 | .00 | .00 |

        Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 4600.00 | .00 | 17641.33 | .00 | 22241.33 |
| PRINCIPAL PAID | 4600.00 | .00 | 17641.33 | .00 | 22241.33 |
| INTEREST PAID | 225.06 | .00 | .00 | .00 | 225.06 |
| TOTAL PAID | 4825.06 | .00 | 17641.33 | .00 | 22466.39 |

The Debtor's attorney, KENNETH S BORCIA & ASSOC      , was allowed $  2200.00
and was paid $    245.00  direct and $   1955.00  through the plan.

The Trustee received $    1107.27 .

Refunds to the Debtor totaled $     606.34 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 09/09/08                         /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```